MARY E. GATES *v.* CHARLES E. BUCKINGHAM.

[1] APPEAL, AFFIRMANCE OF JUDGMENT.—The notices and affidavits filed on an application to re-tax costs, were not embodied in a bill of exceptions or statement. *Held*, that the judgment must be affirmed, upon the presumption that the Court below decided properly upon all the evidence before it.

APPEAL from the Fourth Judicial District.

Mr. Ch. J. MURRAY delivered the opinion of the Court. Mr. J. HEYDENFELDT concurred.

[1] Cited in *Rutter* v. *Mason*, 11 Cal. 214: *Moore* v. *Semple*. Id. 361.

This appeal is presented from an order of the Court below re-taxing costs.

The record contains various notices and affidavits, which are not, however, embodied in a bill of exceptions or statement, so that we are uninformed upon what the Court acted. The judgment must, therefore, be affirmed, on the presumption that the Court below decided correctly upon all the evidence before it.